```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                    Case No. 11-01261-RNO
John D Coykendall                                         Chapter 13
Patricia A. Coykendall
       Debtors
                         **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: AutoDocke          Page 1 of 1           Date Rcvd: Aug 05, 2020
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2020.
db/jdb         +John D Coykendall,    Patricia A. Coykendall,    273 Somerset Drive,
                 East Stroudsburg, PA 18301-7270

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2020                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2020 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    MidFirst Bank ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Bass and Associates PC    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
              Bass and Associates PC    on behalf of Creditor    HSBC Bank Nevada, N.A. ecf@bass-associates.com
              Brandon D Pack    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION
               brandon.pack@phelanhallinan.com,    brandon.pack@hotmail.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    MidFirst Bank josh.goldman@padgettlawgroup.com,
               bkgroup@kmllawgroup.com
              Steven R Savoia    on behalf of Debtor 2 Patricia A. Coykendall ssavoia@ptd.net
              Steven R Savoia    on behalf of Debtor 1 John D Coykendall ssavoia@ptd.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    JPMorgan Chase Bank, N.A./Bank One
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
                                                                                               TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:　　　　　　　　　　　　　　　　　　　　　　CASE NO.: 5:11-bk-01261-RNO
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13
John D Coykendall
aka John David Coykendall
aka Dave Coykendall,
Patricia A. Coykendall
aka Patricia Anne Coykendall
aka Patti Coykendall,

　Debtors.

## ORDER

It is hereby ORDERED that the Application Requesting Redaction of Personal Information is hereby GRANTED.

Dated: August 5, 2020　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　　　　　　　_Robert N. Opel, II_ (signature)
　　　　　　　　　　　　　　　　　　　　　　　Robert N. Opel, II, Bankruptcy Judge　BI